UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2110

UNITED STATES OF AMERICA

v.

JOSEPH CAMMARATA,

Appellant

(E.D. Pa. No. 2:21-cr-00427-001)

SUR PETITION FOR REHEARING

Present: RESTREPO, McKEE, and SMITH, Circuit Judges

The petition for rehearing filed by Appellant and the response filed by the Appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby

O R D E R E D that the petition for panel rehearing is granted limited to the restitution issue. The opinion and judgment issued on February 24, 2025 are vacated.

The parties are directed to file supplement letter briefs regarding the restitution issue not to exceed five (5) pages single spaced. Appellant's supplemental brief shall be filed and served within 10 days from the date of this order and Appellee's supplemental brief shall be filed within seven (7) days from the date that Appellant's supplement brief is filed. Hard copies of the supplemental briefs are not required.

In light of the action taken by the original panel, the en banc court declines to take action on the request for rehearing en banc.

BY THE COURT,

s/D. Brooks Smith
Circuit Judge

Date: June 3, 2025
Amr/cc: All counsel of record